-1-

1  DAVID W. FERMINO, ESQ.
   FEDERAL PUBLIC DEFENDERS OFFICE
2  450 GOLDEN GATE AVENUE
   P.O. BOX 36106
3  SAN FRANCISCO, CA 94102
   TELEPHONE NO. (415) 436-7700
4
   Attorneys for Defendant
5  JING SHAN ZHOU

6

7                   UNITED STAES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STAES OF AMERICA,            CASE NO. 3:05-mj-70522-MAG

11         Plaintiff,
                                       **SUBSTITUITON OF COUNSEL**
12     v.

13 JING SHAN ZHOU,

14         Defendant.

15

-1-
SUBSTITUTION OF COUNSEL

1  Defendant Jing Shan Zhou, hereby substitutes Robert Hartmann and Stanley L. Friedman,
2  who are retained counsel.
3  The following are counsel's addresses, telephone numbers and State Bar numbers:

4  Robert Hartmann, Esq. (CA SBN 128705)
   1301 Dove Street, Suite 1050
5  Newport Beach, CA 92660
6  Telephone No. (714) 543-2266
   Facsimile No. (714) 543-8155
7

8  Stanley L. Friedman, Esq. (CA SBN 120551)
   445 S. Figueroa Street, 27th Floor
9  Los Angeles, CA 90071-1631
10 Telephone No. (213) 629-1500
   Facsimile No. (213) 489-6899
11

12 As attorneys of record in place and stead of Deputy Federal Public Defender David W. Fermino.

13 Dated  08/02/05                    _____
                                       Jing Shan Zhou
14
15 Dated: 8/3/05                       _____
                                       David W. Fermino
16

17 I am duly admitted to practice in this District.

18
19 Dated  8/2/05                       _____
                                       Robert Hartmann
20

21 Dated August 2, 2005                _____
22                                     Stanley L. Friedman

23
24 Substitution of Attorney is hereby  ✓_____    _____
                                       Approved           Denied
25
26 Dated  8/5/05                       _____
27                                     United States District Judge

28

-2-
SUBSTITUTION OF COUNSEL